IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NIKOLAUS CUTRELL,

    Plaintiff,

vs.                                 CASE NO.: 4:08-cv-513-SPM/WCS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/

### ORDER GRANTING UNOPPOSED MOTION TO LIMIT JUDGMENT

    This cause comes before the Court upon Defendant's Unopposed Motion to Limit Judgment (doc. 17). The Plaintiff does not oppose this motion. Good cause having been found, it is hereby ORDERED AND ADJUDGED that any Final Judgment is limited to the amount of uninsured/underinsured motorist coverage, which is $100,000.

    SO ORDERED this <u>fourteenth</u> day of September, 2009.

                                       *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge