IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NIKOLAUS CUTRELL.

    Plaintiff,

vs.                                      CASE NO.: 4:08-CV-513-SPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the "Notice of Settlement" (doc. 28) filed by Plaintiff. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is hereby ***dismissed with prejudice***.

2. The Court shall retain jurisdiction for a period of sixty (60) days, during which time any party may move to reopen for good cause shown.

3. All pending motions are denied as moot.

DONE AND ORDERED this <u>sixteenth</u> day of September, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge